**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                             Case No.: 8:22-bk-05052
                                                                                        Chapter: 11

TREASURE ISLAND YACHT AND TENNIS
CLUB OF PINELLAS COUNTY, LLC,

    Debtor.
_____/

## NOTICE OF HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Caryl E. Delano, United States Bankruptcy Judge, on Thursday, the 5th day of January 2023, at 10:00 a.m., at the Sam B. Gibbons United States Bankruptcy Court, 801 N. Florida Avenue, Courtroom 9A, Tampa, Florida 33602 on the following matter:

**DEBTOR'S EMERGENCY MOTION TO**
**AUTHORIZE USE OF CASH COLLATERAL [Doc. 2]**
**and**
**DEBTOR'S EXPEDITED**
**MOTION FOR ENTRY OF INTERIM**
**AND FINAL ORDERS (A) AUTHORIZING DEBTOR**
**TO CONTINUE TO MAINTAIN ITS CASH MANAGEMENT**
**SYSTEM, AND (B) MAINTAIN PRE-PETITION ACCOUNTS [Doc.8]**

2. UNTIL FURTHER NOTICE, Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing.

3. The Court may continue this matter upon announcement made in open court without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

Dated: January 3, 2023.

/s/ John A. Anthony
**JOHN A. ANTHONY, ESQ.**
Florida Bar Number: 0731013
janthony@anthonyandpartners.com
**STEPHENIE BIERNACKI ANTHONY, ESQ.**
Florida Bar Number: 0127299
santhony@anthonyandpartners.com
**ANTHONY & PARTNERS, LLC**
100 South Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: (813) 273-5616
Telecopier: (813) 221-4113
Attorneys for the Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2023, a true and correct copy was served via U.S. First Class Mail or electronic transmission to:

John T. Rogerson III, Esquire
Adams and Reese LLP
501 Riverside Avenue, Suite 601
Jacksonville, Florida 32202
John.Rogerson@arlaw.com

Nathan A. Wheatley
Office of the U.S. Trustee
501 E Polk Street, Suite 1200
Tampa, FL 33602
nathan.a.wheatley@usdoj.gov

Michael Atkins
EVP Special Assets
Bank OZK
3102 N. Oak Street Ext.
Valdosta, Georgia 31602

/s/ John A. Anthony
**ATTORNEY**