**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

IN RE:                                                    Case No.: 8:22-bk-05052-CPM
                                                              Chapter 11
TREASURE ISLAND YACHT AND
TENNIS CLUB OF PINELLAS COUNTY,
LLC,

                          Debtor.
_____/

**BANK OZK'S RESPONSE TO DEBTOR'S SECOND AMENDED**
**MOTION TO DETERMINE, PURSUANT TO BANKRUPTCY CODE §506,**
**THE VALUE OF THE COLLATERAL SECURING THE LIEN CREDITORS,**
**BANK OZK AND CAPRI ISLE MANAGEMENT, INC.'S CLAIMS (D.E. 127)**

**Bank OZK**, a creditor and party-in-interest in the above-styled action, by and through its

undersigned attorneys, hereby files its Response to Debtor's Second Amended Motion to

Determine, Pursuant to Bankruptcy Code Section 506, the Value of the Collateral Securing the lien

Creditors, Bank OZK and Capri Isle Management, Inc.'s Claims (D.E. 127) ("Motion").  In support

thereof, Bank OZK states as follows:

1.      On December 22, 2022 (the "Petition Date"), the Debtor filed its voluntary petition

for reorganization with this Court under Chapter 11 of the Bankruptcy Code.  Since then, the Debtor

has continued to operate its business and manage its property as a debtor-in-possession pursuant to

11 U.S.C. § 1108.  No trustee or examiner has been appointed in this case pursuant to 11 U.S.C. §

1104.

2.      Bank OZK holds a first priority position mortgage lien on the main asset of the Debtor:

that certain property located at 400 Treasure Island Causeway, as more further described in the

mortgage executed by the Debtor in favor of Bank OZK, the Mortgage and Security Agreement dated

June 12, 2014, which was recorded in the Official Records of Pinellas County, Florida in Book 18438, beginning on Page 431; as modified by that certain Mortgage Spreader Agreement dated March 9, 2015 and recorded in the Official Records of Pinellas County, Florida in Book 18745, beginning on Page 957; as subsequently modified by that certain Mortgage Modification and Spreader Agreement dated May 10, 2018 and recorded in the Official Records Book of Pinellas County, Florida in Book 20053, beginning on Page 2646; as subsequently modified by that certain Mortgage Modification and Spreader Agreement dated March 17, 2020 and recorded in the Official Records Book of Pinellas County, Florida in Book 20929, beginning on Page 767; and as subsequently modified by that Mortgage Modification dated February 28, 2022, and recorded in the Official Records Book of Pinellas County, Florida in Book 22004, beginning on Page 178 (as amended, the "Mortgage") (the "Property"). The Mortgage was given in connection with a promissory note executed by the Debtor's principal, Mr. William Edwards ("Mr. Edwards"). The promissory note matured on December 31, 2022, and $15,175,048.94 in principal alone is currently due and owing, exclusive of interest, late charges, other fees, and attorneys' fees and costs that are due and owing pursuant to the terms of the loan documents between Mr. Edwards and Bank OZK.

　　　　3.　　　On April 26, 2023, the Debtor filed the Motion, asserting that the value of the Property "as is" is approximately $7,080,000, as an existing and operating business.

　　　　4.　　　Bank OZK disputes that valuation. It is in the possession of an appraisal from Cantrell Ray Real Estate, LLC, an excerpt of which is attached hereto as **Exhibit A**, which establishes the fair market value of the Property "as is", as of April 14, 2023, at $18,990,000.00 and the liquidation value, as of July 14, 2023, at $13,293,000.

　　　　Therefore, Bank OZK, opposes the Debtor's proposed valuation.

Dated: May 8, 2023

**ADAMS AND REESE LLP**

By: */s/ Angela N. Grewal*
John T. Rogerson, III
Florida Bar No. 0832839
john.rogerson@arlaw.com
richene.oliver@arlaw.com
Angela N. Grewal
Florida Bar No. 102429
angela.grewal@arlaw.com
richene.oliver@arlaw.com
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202
Telephone: (904) 355-1700
Facsimile: (904) 394-0570

*Attorneys for Bank OZK*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2023, the foregoing *Bank OZK's Response to Debtor's Second Amended Motion to Determine, Pursuant to Bankruptcy Code §506, the Value of the Collateral Securing the Lien Creditors, Bank OZK and Capri Isle Management, Inc.'s Claims (D.E. 127)* was filed with the Court via CM/ECF service and the following counsel will receive an electronic copy via this service: Stephenie Biernacki Anthony, santhony@anthonyandpartners.com, Anthony & Partners, 100 S. Ashley Drive, Suite 1600, Tampa, FL 33602 and John A. Anthony, janthony@anthonyandpartners.com, Anthony & Partners, 100 S. Ashley Drive, Suite 1600, Tampa, FL 33602, Attorneys for Debtor, and; Nathan A. Wheatley, nathan.a.wheatley@usdoj.gov, Office of the US Trustee, 501 E. Polk St., Suite 1200, Tampa, FL 33602.

*/s/ Angela N. Grewal*
Attorney