# UNITED STATES BANKRUPTCY COURT

MIDDLE  DISTRICT OF  FLORIDA

TAMPA DIVISION

| | | |
|---|---|---|
| In Re. Treasure Island Yacht and Tennis Club of Pinellas County, LLC | § § § § | Case No.  22-05052 |
| Debtor(s) | | |

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2023

Petition Date: 12/22/2022

Months Pending: 4

Industry Classification: [ 7 | 2 | 2 | 5 ]

Reporting Method:          Accrual Basis  ⊙          Cash Basis  ○

Debtor's Full-Time Employees (current):                          23

Debtor's Full-Time Employees (as of date of order for relief):          15

### Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒     Statement of cash receipts and disbursements
☒     Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒     Statement of operations (profit or loss statement)
☐     Accounts receivable aging
☐     Postpetition liabilities aging
☐     Statement of capital assets
☐     Schedule of payments to professionals
☐     Schedule of payments to insiders
☒     All bank statements and bank reconciliations for the reporting period
☐     Description of the assets sold or transferred and the terms of the sale or transfer

David Lattner
Signature of Responsible Party

David Lattner
Printed Name of Responsible Party

05/18/2023
Date

5959 Central Avenue, Suite 201
St Petersburg, FL 33710
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                          1

Debtor's Name  Treasure Island Yacht and Tennis Club of Pinellas County, LLC

Case No. 22-05052

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $29,229 | |
| b. | Total receipts (net of transfers between accounts) | $232,093 | $884,354 |
| c. | Total disbursements (net of transfers between accounts) | $235,777 | $865,455 |
| d. | Cash balance end of month (a+b-c) | $25,545 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $235,777 | $865,455 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $6,448 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ⊙   Market ◯   Other ◯   (attach explanation)) | $28,777 |
| d | Total current assets | $126,427 |
| e. | Total assets | $1,773,260 |
| f. | Postpetition payables (excluding taxes) | $156,335 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $156,335 |
| k. | Prepetition secured debt | $33,774,883 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $730,413 |
| n. | Total liabilities (debt) (j+k+l+m) | $34,661,631 |
| o. | Ending equity/net worth (e-n) | $-32,888,371 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $200,999 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $50,816 | |
| c. | Gross profit (a-b) | $150,183 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $7,105 | |
| f. | Other expenses | $164,713 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-21,635 | $-98,579 |

Debtor's Name  Treasure Island Yacht and Tennis Club of Pinellas County, LLC          Case No.  22-05052

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Treasure Island Yacht and Tennis Club of Pinellas County, LLC                    Case No.  22-05052

| | | | | |
|---|---|---|---|---|
| xxxvii | | | | |
| xxxvii | | | | |
| xxxix | | | | |
| xl | | | | |
| xli | | | | |
| xlii | | | | |
| xliii | | | | |
| xliv | | | | |
| xlv | | | | |
| xlvi | | | | |
| xlvii | | | | |
| xlviii | | | | |
| xlix | | | | |
| l | | | | |
| li | | | | |
| lii | | | | |
| liii | | | | |
| liv | | | | |
| lv | | | | |
| lvi | | | | |
| lvii | | | | |
| lviii | | | | |
| lix | | | | |
| lx | | | | |
| lxi | | | | |
| lxii | | | | |
| lxiii | | | | |
| lxiv | | | | |
| lxv | | | | |
| lxvi | | | | |
| lxvii | | | | |
| lxviii | | | | |
| lxix | | | | |
| lxx | | | | |
| lxxi | | | | |
| lxxii | | | | |
| lxxiii | | | | |
| lxxiv | | | | |
| lxxv | | | | |
| lxxvi | | | | |
| lxxvii | | | | |
| lxxvii | | | | |

Debtor's Name Treasure Island Yacht and Tennis Club of Pinellas County, LLC                    Case No. 22-05052

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name Treasure Island Yacht and Tennis Club of Pinellas County, LLC          Case No. 22-05052

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Treasure Island Yacht and Tennis Club of Pinellas County, LLC                    Case No. 22-05052

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name Treasure Island Yacht and Tennis Club of Pinellas County, LLC

Case No. 22-05052

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $8,277 | $31,366 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ⦿ |
| i. | Do you have:   Worker's compensation insurance? | Yes ⦿  No ○ |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿  No ○ |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ⦿  No ○ |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ○ |

Debtor's Name Treasure Island Yacht and Tennis Club of Pinellas County, LLC                     Case No. 22-05052

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| David Lattner | David Lattner |
| Signature of Responsible Party | Printed Name of Responsible Party |
| The Edwards Group CFO | 05/18/2023 |
| Title | Date |

Debtor's Name  Treasure Island Yacht and Tennis Club of Pinellas County,                    Case No.  22-05052
                   LLC



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Treasure Island Yacht and Tennis Club of Pinellas County,                     Case No.  22-05052
          LLC



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Treasure Island Yacht and Tennis Club of Pinellas County,                    Case No.  22-05052
　　　　　　　　LLC



PageThree



PageFour

**TREASURE ISLAND YACHT AND TENNIS CLUB OF PINELLAS COUNTY, LLC**
**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS 4/01/23-4/30/23**

| Account | Type | Date | Num | Name | Receipts | Disbursements |
|---------|------|------|-----|------|----------|---------------|
| 0718 | Deposit | 04/01/2023 | | Square Cash Payments April 01, 2023 | $      839.15 | |
| 0718 | Deposit | 04/02/2023 | | E00453 - Natalie Concors | 1,300.00 | |
| 0718 | Deposit | 04/02/2023 | | Square Cash Payments April 02, 2023 | 742.31 | |
| 0718 | Bill Pmt -Check | 04/03/2023 | 80297 | Agile Premium Finance | | 9,326.20 |
| 0718 | Bill Pmt - ACH | 04/03/2023 | | Sysco | | 5,170.40 |
| 0718 | Deposit | 04/03/2023 | | Square Settlement | 11,140.82 | |
| 0718 | Deposit | 04/03/2023 | | Square Settlement | 6,632.76 | |
| 0718 | Deposit | 04/03/2023 | | Square Settlement | 3,725.67 | |
| 0718 | Deposit | 04/03/2023 | | Michael Oscanyan | 725.17 | |
| 0718 | Bill Pmt - ACH | 04/03/2023 | | Square Fees | | 460.00 |
| 0718 | Bill Pmt - ACH | 04/03/2023 | | Square Fees | | 200.00 |
| 0718 | Bill Pmt -Check | 04/04/2023 | 80277 | JJ Taylor Distributing Florida, Nc. | | 246.71 |
| 0718 | Bill Pmt - ACH | 04/04/2023 | | Sysco | | 302.77 |
| 0718 | Deposit | 04/04/2023 | | Jet Ride | 26,108.00 | |
| 0718 | Deposit | 04/04/2023 | | Square Settlement | 6,275.75 | |
| 0718 | Bill Pmt - ACH | 04/05/2023 | | Sysco | | 1,617.43 |
| 0718 | Deposit | 04/05/2023 | | E00277 - Pinellas County Dental Assn | 4,005.50 | |
| 0718 | Deposit | 04/05/2023 | | E00433 - Salebra Services/McDonalds | 1,629.50 | |
| 0718 | Bill Pmt - ACH | 04/05/2023 | | Mar 23 MC/Visa WePay CC fees | | 634.72 |
| 0718 | Deposit | 04/05/2023 | | Square Cash Payments April 05, 2023 | 359.26 | |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80278 | Cool Breeze Beverages of Tampa Bay | | 1,511.91 |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80279 | Cusano's Baking Company | | 310.86 |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80280 | Direct Seafoods | | 690.52 |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80281 | DJ Fresh Events | | 500.00 |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80282 | Duke Energy 910087233804 | | 3,091.35 |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80283 | Duke Energy 910087234368 | | 7,472.62 |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80284 | Great Bay Distributors inc | | 580.12 |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80285 | Janelle Sadler | | 250.00 |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80286 | Jessica Sampman | | 82.91 |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80287 | Johnson & Johnson Preferred Financing, In | | 3,402.57 |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80288 | Linens Extraordinaire | | 802.34 |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80289 | Nathan Allen | | 250.00 |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80290 | Rollin Covell | | 500.00 |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80291 | Ted J. Dorsey | | 87.59 |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80292 | West Bay Supply, Inc. | | 24.55 |
| 0718 | Bill Pmt -Check | 04/06/2023 | 80294 | Republic National Distributing Company | | 1,107.00 |
| 0718 | Bill Pmt - ACH | 04/06/2023 | | Easy Ice | | 633.80 |
| 0718 | Bill Pmt - ACH | 04/06/2023 | | Sysco | | 4,738.59 |
| 0718 | Deposit | 04/06/2023 | | Square Cash Payments April 06, 2023 | 637.45 | |
| 0718 | Bill Pmt -Check | 04/07/2023 | 80295 | Baldizzi, Anthony | | 639.11 |
| 0718 | Deposit | 04/07/2023 | | Keith Campbell | 1,285.47 | |
| 0718 | Deposit | 04/07/2023 | | Square Settlement | 2,742.56 | |
| 0718 | Deposit | 04/07/2023 | | E00421 - Muscaralla wedding | 2,931.40 | |
| 0718 | Deposit | 04/07/2023 | | Square Cash Payments April 07, 2023 | 462.24 | |
| 0718 | Deposit | 04/08/2023 | | Square Cash Payments April 08, 2023 | 945.06 | |
| 0718 | Deposit | 04/09/2023 | | Square Cash Payments April 09, 2023 | 1,406.20 | |
| 0718 | Bill Pmt -Check | 04/10/2023 | 80298 | Breakthru | | 1,030.00 |
| 0718 | Bill Pmt -Check | 04/10/2023 | 80299 | Southern Glazer's of FL | | 1,176.00 |
| 0718 | Bill Pmt - ACH | 04/10/2023 | | Westguard | | 604.62 |
| 0718 | Bill Pmt - ACH | 04/10/2023 | | Sysco | | 4,460.22 |
| 0718 | Deposit | 04/10/2023 | | Square Settlement | 13,269.44 | |
| 0718 | Deposit | 04/10/2023 | | Square Settlement | 22,614.36 | |
| 0718 | Deposit | 04/10/2023 | | Square Settlement | 8,068.28 | |
| 0718 | Deposit | 04/11/2023 | | Square Settlement | 11,779.48 | |
| 0718 | Bill Pmt - ACH | 04/12/2023 | | Sysco | | 3,385.28 |
| 0718 | Bill Pmt - ACH | 04/12/2023 | | Fifth Third Bank | | 749.41 |

| Account | Type | Date | Num | Name | Receipts | Disbursements |
|---------|------|------|-----|------|----------|---------------|
| 0718 | Deposit | 04/12/2023 | | Square Settlement | 3,255.31 | |
| 0718 | Deposit | 04/12/2023 | | Square Cash Payments April 12, 2023 | 57.38 | |
| 0718 | Bill Pmt -Check | 04/13/2023 | 80300 | Arlex J Colorado | | 14.00 |
| 0718 | Bill Pmt -Check | 04/13/2023 | 80301 | Charles Parker | | 400.00 |
| 0718 | Bill Pmt -Check | 04/13/2023 | 80302 | Cool Breeze Beverages of Tampa Bay | | 115.00 |
| 0718 | Bill Pmt -Check | 04/13/2023 | 80303 | Creative Cultivations | | 1,300.00 |
| 0718 | Bill Pmt -Check | 04/13/2023 | 80304 | Direct Seafoods | | 866.96 |
| 0718 | Bill Pmt -Check | 04/13/2023 | 80305 | Emma Dunne | | 250.00 |
| 0718 | Bill Pmt -Check | 04/13/2023 | 80306 | Gregory Whitehead | | 250.00 |
| 0718 | Bill Pmt -Check | 04/13/2023 | 80307 | Matthew William Paolino | | 250.00 |
| 0718 | Bill Pmt -Check | 04/13/2023 | 80308 | Open Table, Inc. | | 844.00 |
| 0718 | Bill Pmt -Check | 04/13/2023 | 80309 | Regulatory Compliance Services | | 125.00 |
| 0718 | Bill Pmt -Check | 04/13/2023 | 80310 | Triangle Pool Services | | 481.13 |
| 0718 | Bill Pmt - ACH | 04/13/2023 | | Sysco | | 2,538.35 |
| 0718 | Deposit | 04/13/2023 | | Buyers Edge Platform LLC | 207.82 | |
| 0718 | Deposit | 04/13/2023 | | Square Cash Payments April 13, 2023 | 241.83 | |
| 0718 | Bill Pmt -Check | 04/14/2023 | 80311 | Airgas USA, LLC | | 13.27 |
| 0718 | Bill Pmt -Check | 04/14/2023 | 80312 | Baldizzi, Anthony | | 334.89 |
| 0718 | Bill Pmt -Check | 04/14/2023 | 80313 | Community Coffee | | 60.34 |
| 0718 | Bill Pmt -Check | 04/14/2023 | 80314 | Copper Connection | | 550.00 |
| 0718 | Bill Pmt -Check | 04/14/2023 | 80315 | Cusano's Baking Company | | 79.54 |
| 0718 | Bill Pmt -Check | 04/14/2023 | 80316 | Direct Seafoods | | 689.69 |
| 0718 | Bill Pmt -Check | 04/14/2023 | 80317 | Florida Dept. of Health in Pinellas Co. | | 300.00 |
| 0718 | Bill Pmt -Check | 04/14/2023 | 80318 | Great Bay Distributors inc | | 434.23 |
| 0718 | Bill Pmt -Check | 04/14/2023 | 80319 | Siesta Pop's | | 230.00 |
| 0718 | Bill Pmt -Check | 04/14/2023 | 80320 | The Sherwin Williams Co. | | 116.10 |
| 0718 | Deposit | 04/14/2023 | | Bill Edwards Foundation for the Arts | 2,201.70 | |
| 0718 | Deposit | 04/14/2023 | | Square Settlement | 1,790.44 | |
| 0718 | Deposit | 04/14/2023 | | E00446 -Marinari, Karen | 500.00 | |
| 0718 | Deposit | 04/14/2023 | | Square Cash Payments April 14, 2023 | 963.71 | |
| 0767 | Payroll - ACH | 04/14/2023 | | ADP | | 44,319.00 |
| 0767 | Payroll - ACH | 04/14/2023 | | ADP | | 11,907.85 |
| 0718 | Bill Pmt -Check | 04/15/2023 | 80350 | Great Bay Distributors inc | | 298.93 |
| 0718 | Bill Pmt -Check | 04/15/2023 | 80351 | JJ Taylor Distributing Florida, Nc. | | 402.35 |
| 0718 | Deposit | 04/15/2023 | | Square Settlement | 11,080.32 | |
| 0718 | Deposit | 04/15/2023 | | Square Cash Payments April 15, 2023 | 1,011.13 | |
| 0718 | Deposit | 04/16/2023 | | Square Cash Payments April 16, 2023 | 765.42 | |
| 0718 | Bill Pmt - ACH | 04/17/2023 | | Sysco | | 242.45 |
| 0718 | Deposit | 04/17/2023 | | Square Settlement | 11,996.62 | |
| 0718 | Bill Pmt - ACH | 04/18/2023 | | ADP | | 528.14 |
| 0718 | Deposit | 04/18/2023 | | Square Settlement | 8,414.62 | |
| 0718 | Deposit | 04/18/2023 | | E00481 - Vanessa Stubbs | 900.00 | |
| 0718 | Deposit | 04/19/2023 | | Square Cash Payments April 19, 2023 | 907.87 | |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80321 | Arlex J Colorado | | 27.93 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80322 | Baldizzi, Anthony | | 391.62 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80323 | Beverly Wilson | | 46.53 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80324 | Cusano's Baking Company | | 253.74 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80325 | Direct Seafoods | | 661.19 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80326 | DJ Fresh Events | | 500.00 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80327 | Duke Energy 910087234532 | | 38.69 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80328 | Eliana Blanchard | | 250.00 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80329 | Employers Preferred Ins. Co. | | 651.03 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80330 | Gregory Whitehead | | 250.00 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80331 | John Robert Egan | | 250.00 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80332 | Kathleen Reynolds | | 208.43 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80333 | Little Kings | | 400.00 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80334 | Michael Lubecke | | 250.00 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80335 | Pinellas County Utilities 100119074204 | | 13,237.66 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80336 | Pinellas County Utilities 100119074305 | | 5,338.97 |

| Account | Type | Date | Num | Name | Receipts | Disbursements |
|---------|------|------|-----|------|----------|---------------|
| 0718 | Bill Pmt -Check | 04/20/2023 | 80337 | Republic National Distributing Company | | 658.00 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80338 | Rollin Covell | | 400.00 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80339 | Ryan Carney | | 250.00 |
| 0718 | Bill Pmt -Check | 04/20/2023 | 80340 | US Foods, Inc. | | 3,222.50 |
| 0718 | Bill Pmt - ACH | 04/20/2023 | | Florida Department of Revenue | | 10,627.24 |
| 0718 | Deposit | 04/20/2023 | | Square Cash Payments April 20, 2023 | 671.42 | |
| 0718 | Bill Pmt -Check | 04/21/2023 | 80341 | Ashberry Water Conditioning | | 36.11 |
| 0718 | Bill Pmt -Check | 04/21/2023 | 80342 | Breakthru | | 269.50 |
| 0718 | Bill Pmt -Check | 04/21/2023 | 80343 | Ecolab | | 149.84 |
| 0718 | Bill Pmt -Check | 04/21/2023 | 80344 | Southern Glazer's of FL | | 1,769.10 |
| 0718 | Bill Pmt -Check | 04/21/2023 | 80345 | Tampa Restaurant & Paper Distributors | | 496.26 |
| 0718 | Bill Pmt -Check | 04/21/2023 | 80346 | Triangle Pool Services | | 308.75 |
| 0718 | Bill Pmt -Check | 04/21/2023 | 80347 | US Foods, Inc. | | 6,196.09 |
| 0718 | Bill Pmt -Check | 04/21/2023 | 80348 | Direct Seafoods | | 444.14 |
| 0718 | Bill Pmt -Check | 04/21/2023 | 80349 | Spectrum Business | | 720.49 |
| 0718 | Bill Pmt - ACH | 04/21/2023 | | Sysco | | 95.53 |
| 0718 | Bill Pmt - ACH | 04/21/2023 | | Sysco | | 135.38 |
| 0718 | Bill Pmt - ACH | 04/21/2023 | | Sysco | | 27.65 |
| 0718 | Deposit | 04/21/2023 | | Square Settlement | 3,122.51 | |
| 0718 | Deposit | 04/21/2023 | | Bill Edwards Foundation for the Arts | 2,589.15 | |
| 0718 | Deposit | 04/21/2023 | | Square Cash Payments April 21, 2023 | 697.92 | |
| 0767 | Bill Pmt - ACH | 04/21/2023 | | ADP | | 2,873.58 |
| 0718 | Deposit | 04/22/2023 | | E00235 - Pellin-Pries Wedding | 4,378.40 | |
| 0718 | Deposit | 04/22/2023 | | Square Cash Payments April 22, 2023 | 847.30 | |
| 0718 | Deposit | 04/23/2023 | | Square Cash Payments April 23, 2023 | 243.78 | |
| 0718 | Deposit | 04/24/2023 | | Square Settlement | 10,052.05 | |
| 0718 | Deposit | 04/24/2023 | | Square Settlement | 3,873.37 | |
| 0718 | Deposit | 04/24/2023 | | Square Settlement | 3,517.09 | |
| 0718 | Deposit | 04/24/2023 | | Bill Edwards Foundation for the Arts | 2,563.60 | |
| 0718 | Deposit | 04/24/2023 | | E00451 - Lisa Johnson | 4,088.50 | |
| 0718 | Bill Pmt - ACH | 04/25/2023 | | Sysco | | 373.56 |
| 0718 | Bill Pmt - ACH | 04/25/2023 | | Sysco | | 103.08 |
| 0718 | Deposit | 04/25/2023 | | Square Settlement | 6,561.85 | |
| 0718 | Bill Pmt -Check | 04/26/2023 | 80353 | Cusano's Baking Company | | 188.40 |
| 0718 | Bill Pmt -Check | 04/26/2023 | 80354 | Delta SEO | | 96.80 |
| 0718 | Bill Pmt -Check | 04/26/2023 | 80355 | Direct Seafoods | | 934.50 |
| 0718 | Bill Pmt -Check | 04/26/2023 | 80356 | US Foods, Inc. | | 2,885.62 |
| 0718 | Bill Pmt - ACH | 04/26/2023 | | U.S. Trustee | | 1,943.00 |
| 0718 | Deposit | 04/26/2023 | | Square Settlement | 702.50 | |
| 0718 | Deposit | 04/26/2023 | | Square Settlement | 2,421.96 | |
| 0718 | Deposit | 04/26/2023 | | E00384 - Konigsberg Wedding | 4,000.00 | |
| 0718 | Deposit | 04/26/2023 | | Square Cash Payments April 26, 2023 | 231.13 | |
| 0718 | Deposit | 04/27/2023 | | E00484 - Cynthia Carvajal | 500.00 | |
| 0718 | Deposit | 04/27/2023 | | Square Cash Payments April 27, 2023 | 335.72 | |
| 0718 | Bill Pmt - ACH | 04/28/2023 | | Sysco | | 123.75 |
| 0718 | Deposit | 04/28/2023 | | E00486 - Anthony Baldizzi | 365.13 | |
| 0718 | Deposit | 04/28/2023 | | Sysco | 2,847.89 | |
| 0718 | Deposit | 04/28/2023 | | Square Cash Payments April 28, 2023 | 427.74 | |
| 0767 | Payroll - ACH | 04/28/2023 | | ADP | | 42,763.39 |
| 0767 | Payroll - ACH | 04/28/2023 | | ADP | | 10,945.69 |
| 0718 | Deposit | 04/29/2023 | | E00481 - Vanessa Stubbs | 2,890.80 | |
| 0718 | Deposit | 04/29/2023 | | Square Cash Payments April 29, 2023 | 86.67 | |
| 0718 | Deposit | 04/30/2023 | | Square Cash Payments April 30, 2023 | 156.46 | |
| | | | | | $ 232,092.94 | $ 235,776.56 |

**TREASURE ISLAND YACHT AND TENNIS CLUB OF PINELLAS COUNTY, LLC**
**BALANCE SHEET**
**April 30, 2023**
*Unaudited*

**ASSETS**

| | | |
|---|---|---:|
| Current Assets | | |
|   Checking/Savings | | |
|     5/3 operating account | $ | 20,269 |
|     5/3 payroll account | | 5,276 |
|     Total Checking/Savings | | 25,545 |
|   Accounts Receivable | | 6,448 |
|   Other Current Assets | | |
|     Alcohol escrow deposits | | 7,750 |
|     Food & Beverage Inventory | | 28,777 |
|     Prepaid expenses | | 42,879 |
|     Undeposited Funds | | 15,027 |
|     Total Other Current Assets | | 94,433 |
|   Total Current Assets | | 126,427 |
|   Fixed Assets | | 1,646,834 |
| **TOTAL ASSETS** | **$** | **1,773,260** |

**LIABILITIES & EQUITY**

| | | |
|---|---|---:|
| Liabilities | | |
|   Accounts Payable | | 49,729 |
|   Other Current Liabilities | | |
|     Post-Petition Financing | | 93,000 |
|     Square Tips | | 2,898 |
|     Deposits | | 10,709 |
|     Total Other Current Liabilities | | 106,606 |
|   Pre-Petition Debt | | |
|     Secured debt | | 33,774,883 |
|     Unsecured Debt | | 730,413 |
|     Total Pre-Petition Debt | | 34,505,296 |
|   Total Liabilities | | 34,661,631 |
|   Equity | | (32,888,371) |
| **TOTAL LIABILITIES & EQUITY** | **$** | **1,773,260** |

**TREASURE ISLAND YACHT AND TENNIS CLUB OF PINELLAS COUNTY, LLC**
**STATEMENT OF OPERATIONS**
**For the Month Ended April 30, 2023**
**Unaudited**

| | | |
|---|---|---:|
| **Income** | | |
| Banquet Sales | $ | 26,386 |
| Bar and Restaurant Sales | | 119,236 |
| Catering Sales | | 7,840 |
| Marina | | 47,537 |
| Total Income | | 200,999 |
| **Cost of Goods Sold** | | 50,816 |
| Gross Profit | | 150,183 |
| | | |
| **Expense** | | |
| Administrative Expenses | | 7,105 |
| Advertising and Promotion | | 2,750 |
| Insurance Expense | | 16,363 |
| Kitchen & Restaurant Expenses | | 8,148 |
| Other Expenses | | 11,293 |
| Payroll Expenses | | 83,284 |
| Repairs and Maintenance | | 6,618 |
| Square Fees | | 5,125 |
| Utilities | | 31,133 |
| Total Expense | | 171,818 |
| | | |
| **Net Loss** | $ | (21,635) |

Statement Period Date: 4/1/2023 - 4/30/2023
Account Type: COMM'L 53 ANALYZED
Account Number: ███████0718

**FIFTH THIRD BANK**
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900

TREASURE ISLAND YACHT AND
6090 CENTRAL AVE
ST PETERSBURG FL 33707-1622



0

7075

Banking Center: Tampa Main
Banking Center Phone: 813-306-2653
Commercial Client Services: 866-475-0729

---

| | **Account Summary – ███████0718** | | |
|---|---|---|---|
| 04/01 | **Beginning Balance** | **$42,694.97** | Number of Days in Period | 30 |
| 95 | Checks | $(94,366.16) | | |
| 26 | Withdrawals / Debits | $(154,185.06) | | |
| 56 | Deposits / Credits | $228,097.73 | | |
| 04/30 | **Ending Balance** | **$22,241.48** | | |

## Checks

**95 checks totaling $94,366.16**

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 80117 i | 04/03 | 98.80 | 80280 i | 04/12 | 690.52 | 80315 i | 04/21 | 79.54 |
| 80164*i | 04/03 | 98.80 | 80281 i | 04/11 | 500.00 | 80316 i | 04/20 | 689.69 |
| 80217*i | 04/03 | 250.00 | 80282 i | 04/14 | 3,091.35 | 80317 i | 04/26 | 300.00 |
| 80236*i | 04/27 | 633.47 | 80283 i | 04/14 | 7,472.62 | 80318 i | 04/24 | 434.23 |
| 80237 i | 04/07 | 1,223.52 | 80284 i | 04/12 | 580.12 | 80319 i | 04/26 | 230.00 |
| 80251*i | 04/03 | 455.50 | 80285 i | 04/10 | 250.00 | 80320 i | 04/26 | 116.10 |
| 80252 i | 04/04 | 40.50 | 80286 i | 04/14 | 82.91 | 80322*i | 04/27 | 391.62 |
| 80254*i | 04/03 | 12.00 | 80287 i | 04/13 | 3,402.57 | 80323 i | 04/24 | 46.53 |
| 80255 i | 04/03 | 213.46 | 80288 i | 04/17 | 802.34 | 80324 i | 04/25 | 253.74 |
| 80256 i | 04/27 | 68.83 | 80289 i | 04/10 | 250.00 | 80325 i | 04/24 | 661.19 |
| 80257 i | 04/24 | 62.90 | 80290 i | 04/12 | 500.00 | 80326 i | 04/24 | 500.00 |
| 80258 i | 04/03 | 2,674.86 | 80291 i | 04/14 | 87.59 | 80327 i | 04/26 | 38.69 |
| 80259 i | 04/04 | 86.91 | 80292 i | 04/14 | 24.55 | 80328 i | 04/27 | 250.00 |
| 80261*i | 04/03 | 1,648.60 | 80294*i | 04/17 | 1,107.00 | 80329 i | 04/27 | 651.03 |
| 80262 i | 04/06 | 261.88 | 80295 i | 04/27 | 639.11 | 80331*i | 04/24 | 250.00 |
| 80263 i | 04/05 | 289.05 | 80297*i | 04/10 | 9,326.20 | 80332 i | 04/28 | 208.43 |
| 80264 i | 04/06 | 651.03 | 80298 i | 04/17 | 1,030.00 | 80335*i | 04/24 | 13,237.66 |
| 80265 i | 04/18 | 560.00 | 80299 i | 04/14 | 1,176.00 | 80336 i | 04/24 | 5,338.97 |
| 80266 i | 04/03 | 800.00 | 80300 i | 04/19 | 14.00 | 80337 i | 04/26 | 658.00 |
| 80267 i | 04/10 | 245.00 | 80301 i | 04/17 | 400.00 | 80338 i | 04/26 | 400.00 |
| 80268 i | 04/05 | 680.10 | 80302 i | 04/17 | 115.00 | 80340*i | 04/24 | 3,222.50 |
| 80269 i | 04/10 | 1,245.48 | 80303 i | 04/20 | 1,300.00 | 80341 i | 04/25 | 36.11 |
| 80270 i | 04/11 | 362.36 | 80304 i | 04/17 | 866.96 | 80342 i | 04/24 | 269.50 |
| 80271 i | 04/11 | 655.21 | 80305 i | 04/21 | 250.00 | 80343 i | 04/25 | 149.84 |
| 80272 i | 04/03 | 250.00 | 80307*i | 04/17 | 250.00 | 80344 i | 04/24 | 1,769.10 |
| 80273 i | 04/03 | 250.00 | 80308 i | 04/20 | 844.00 | 80345 i | 04/26 | 496.26 |
| 80274 i | 04/05 | 2,041.20 | 80309 i | 04/21 | 125.00 | 80346 i | 04/24 | 308.75 |
| 80275 i | 04/03 | 405.20 | 80310 i | 04/17 | 481.13 | 80347 i | 04/24 | 6,196.09 |
| 80276 i | 04/03 | 664.00 | 80311 i | 04/21 | 13.27 | 80348 i | 04/24 | 444.14 |
| 80277 i | 04/07 | 246.71 | 80312 i | 04/27 | 334.89 | 80349 i | 04/28 | 720.49 |
| 80278 i | 04/10 | 1,511.91 | 80313 i | 04/21 | 60.34 | 80351*i | 04/27 | 402.35 |
| 80279 i | 04/14 | 310.86 | 80314 i | 04/21 | 550.00 | | | |



**FIFTH THIRD BANK**

## Withdrawals / Debits
| | | 26 items totaling $154,185.06 |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 04/03 | 200.00 | WEB INITIATED PAYMENT AT Square Inc SQ230403 T32R8ENGW2C3T9K 040323 |
| 04/03 | 370.99 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 040323 |
| 04/03 | 460.00 | WEB INITIATED PAYMENT AT Square Inc SQ230403 T3ACGE0E4F9A8VQ 040323 |
| 04/04 | 5,170.40 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 040423 |
| 04/05 | 302.77 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 040523 |
| 04/06 | 633.80 | WEB INITIATED PAYMENT AT EASY ICE EASYICE M64289186782 040623 |
| 04/06 | 1,617.43 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 040623 |
| 04/07 | 634.72 | WePay PAYMENTS 22540373 Treasure Island Yacht NTE*ZZZ*Acct Recovery 040723 |
| 04/07 | 4,738.59 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 040723 |
| 04/10 | 604.62 | WESTGUARD INS CO INS PREM TRAU322261 Treasure Island Yacht 041023 |
| 04/11 | 4,460.22 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 041123 |
| 04/12 | 60,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX0767 REF # 00895196850 |
| 04/12 | 749.41 | SERVICE CHARGE |
| 04/13 | 3,385.28 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 041323 |
| 04/14 | 2,538.35 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 041423 |
| 04/18 | 242.45 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 041823 |
| 04/18 | 242.45 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 041823 |
| 04/20 | 27.65 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 042023 |
| 04/20 | 10,627.24 | FLA DEPT REVENUE SALES TAX C01 41739712 TREASURE ISLAND 042023 |
| 04/21 | 135.38 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 042123 |
| 04/21 | 528.14 | ADP SCREENING ACH ITEMS 2370474 TREASURE ISLAND YACHT 042123 |
| 04/24 | 95.53 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 042423 |
| 04/25 | 373.56 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 042523 |
| 04/26 | 103.08 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 042623 |
| 04/26 | 54,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX0767 REF # 00899079523 |
| 04/27 | 1,943.00 | QUARTERLY FEE ACH TRANSACTION PAYMENT 0000 THE CLUB TREASURE ISLA 042723 |

## Deposits / Credits
| | | 56 items totaling $228,097.73 |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 04/03 | 255.99 | DEPOSIT |
| 04/03 | 725.17 | DEPOSIT |
| 04/03 | 742.31 | DEPOSIT |
| 04/03 | 839.15 | DEPOSIT |
| 04/03 | 1,300.00 | WEPAY PAYMENTS 22474741 Treasure Island Yacht NTE*ZZZ*Payouts 040323 |
| 04/03 | 3,725.67 | Square Inc 230403P2 L208794193787 040323 |
| 04/03 | 6,632.76 | Square Inc 230403P2 L208794193788 040323 |
| 04/03 | 11,140.82 | Square Inc 230403P2 L208794193789 040323 |
| 04/04 | 6,275.75 | Square Inc 230404P2 L208794496503 040423 |
| 04/04 | 26,108.00 | DEPOSIT |
| 04/07 | 359.26 | DEPOSIT |
| 04/07 | 637.45 | DEPOSIT |
| 04/07 | 1,285.47 | DEPOSIT |
| 04/07 | 2,742.56 | Square Inc 230407P2 L208795220510 040723 |
| 04/07 | 8,566.40 | WePay PAYMENTS 22553801 Treasure Island Yacht NTE*ZZZ*Payouts 040723 |
| 04/10 | 462.24 | DEPOSIT |
| 04/10 | 945.06 | DEPOSIT |
| 04/10 | 1,406.20 | DEPOSIT |
| 04/10 | 8,068.28 | Square Inc 230410P2 L208795661005 041023 |
| 04/10 | 13,269.44 | Square Inc 230410P2 L208795661007 041023 |
| 04/10 | 22,614.36 | Square Inc 230410P2 L208795661006 041023 |
| 04/11 | 11,779.48 | Square Inc 230411P2 L208795880397 041123 |
| 04/12 | 3,255.31 | Square Inc 230412P2 L208796071165 041223 |
| 04/13 | 207.82 | DEPOSIT |
| 04/14 | 57.38 | DEPOSIT |
| 04/14 | 241.83 | DEPOSIT |
| 04/14 | 500.00 | DEPOSIT |
| 04/14 | 1,790.44 | Square Inc 230414P2 L208796694758 041423 |
| 04/14 | 2,201.70 | DEPOSIT |

## FIFTH THIRD BANK
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Banking Center: Tampa Main
Banking Center Phone: 813-306-2653
Commercial Client Services: 866-475-0729

TREASURE ISLAND YACHT AND
6090 CENTRAL AVE
ST PETERSBURG FL 33707-1622

0

7075

## Deposits / Credits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 04/17 | 765.42 | DEPOSIT |
| 04/17 | 963.71 | DEPOSIT |
| 04/17 | 1,011.13 | DEPOSIT |
| 04/17 | 11,080.32 | Square Inc 230417P2 L208797198602 041723 |
| 04/17 | 11,996.62 | Square Inc 230417P2 L208797198601 041723 |
| 04/18 | 242.45 | Sysco Corporatio Reversal USBL037832228SB The Club Treasure Isla 041823 |
| 04/18 | 900.00 | WePay PAYMENTS 22724339 Treasure Island Yacht NTE*ZZZ*Payouts  041823 |
| 04/18 | 8,414.62 | Square Inc 230418P2 L208797468157 041823 |
| 04/19 | 4,378.40 | DEPOSIT |
| 04/20 | 907.87 | DEPOSIT |
| 04/21 | 671.42 | DEPOSIT |
| 04/21 | 2,589.15 | DEPOSIT |
| 04/21 | 3,122.51 | Square Inc 230421P2 L208798237478 042123 |
| 04/24 | 3,517.09 | Square Inc 230424P2 L208798757349 042423 |
| 04/24 | 3,873.37 | Square Inc 230424P2 L208798757350 042423 |
| 04/24 | 10,052.05 | Square Inc 230424P2 L208798757351 042423 |
| 04/25 | 243.78 | DEPOSIT |
| 04/25 | 697.92 | DEPOSIT |
| 04/25 | 847.30 | DEPOSIT |
| 04/25 | 2,563.60 | DEPOSIT |
| 04/25 | 4,088.50 | WePay PAYMENTS 22842292 Treasure Island Yacht NTE*ZZZ*Payouts  042523 |
| 04/25 | 6,561.85 | Square Inc 230425P2 L208799045602 042523 |
| 04/26 | 702.50 | Square Inc 230426P2 L208799218991 042623 |
| 04/27 | 4,000.00 | WePay PAYMENTS 22877380 Treasure Island Yacht NTE*ZZZ*Payouts  042723 |
| 04/28 | 500.00 | WePay PAYMENTS 22893907 Treasure Island Yacht NTE*ZZZ*Payouts  042823 |
| 04/28 | 2,421.96 | Square Inc 230428P2 L208799820582 042823 |
| 04/28 | 2,847.89 | Sysco Corporatio Payment USBL037832228SB The Club Treasure Isla 042823 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/03 | 59,204.63 | 04/12 | 66,430.23 | 04/21 | 75,443.26 |
| 04/04 | 86,290.57 | 04/13 | 59,850.20 | 04/24 | 60,048.68 |
| 04/05 | 82,977.45 | 04/14 | 49,881.87 | 04/25 | 74,238.38 |
| 04/06 | 79,813.31 | 04/17 | 70,622.09 | 04/26 | 18,714.85 |
| 04/07 | 86,560.91 | 04/18 | 79,134.26 | 04/27 | 17,400.55 |
| 04/10 | 119,893.28 | 04/19 | 83,498.66 | 04/28 | 22,241.48 |
| 04/11 | 125,694.97 | 04/20 | 70,801.85 | | |

PLEASE NOTE THAT WE HAVE UPDATED OUR ACCOUNT RULES AND TERMS & CONDITIONS. DISCLOSURES CAN BE VIEWED ONLINE AT:
COMMERCIAL ACCOUNT RULES: 53.COM/TM-CA-RULES TREASURY MANAGEMENT TERMS & CONDITIONS: 53.COM/TM-TC



**FIFTH THIRD BANK**
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900


0

7076

Statement Period Date: 4/1/2023 - 4/30/2023
Account Type: COMM'L 53 ANALYZED
Account Number: ████0767

TREASURE ISLAND YACHT AND
PAYROLL
6090 CENTRAL AVE
ST PETERSBURG FL 33707-1622

Banking Center: Tampa Main
Banking Center Phone: 813-306-2653
Commercial Client Services: 866-475-0729

## Account Summary - ████0767

| | | | | |
|---|---|---|---|---|
| 04/01 | **Beginning Balance** | **$4,085.62** | Number of Days in Period | 30 |
| | Checks | | | |
| 8 | Withdrawals / Debits | $(112,809.51) | | |
| 2 | Deposits / Credits | $114,000.00 | | |
| 04/30 | **Ending Balance** | **$5,276.11** | | |

### Withdrawals / Debits

**8 items totaling $112,809.51**

| Date | Amount | Description |
|---|---|---|
| 04/13 | 3,308.79 | ADP WAGE PAY 4165360785 WAGE PAY 7040935037777PL TREASURE ISLAND YACHT 041323 |
| 04/13 | 11,907.85 | ADP Tax K1 ADP Tax 157PL 041415A01 TREASURE ISLAND YACHT 041323 |
| 04/13 | 41,010.21 | ADP WAGE PAY 4165360785 WAGE PAY 9277280853667PL TREASURE ISLAND YACHT 041323 |
| 04/21 | 500.00 | ADP PAYROLL FEES 550374703 ADP FEES 390088681889 631087736TREASURE ISLA 042123 |
| 04/21 | 889.67 | ADP PAYROLL FEES 550374703 ADP FEES 390088681888 631088005TREASURE ISLA 042123 |
| 04/21 | 1,483.91 | ADP PAYROLL FEES 550374703 ADP FEES 390088681887 631087632TREASURE ISLA 042123 |
| 04/27 | 10,945.69 | ADP Tax T7 ADP Tax 157PL 042817A01 TREASURE ISLAND YACHT 042723 |
| 04/27 | 42,763.39 | ADP WAGE PAY 4165360785 WAGE PAY 6670711469947PL TREASURE ISLAND YACHT 042723 |

### Deposits / Credits

**2 items totaling $114,000.00**

| Date | Amount | Description |
|---|---|---|
| 04/12 | 60,000.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX0718 REF # 00895196850 |
| 04/26 | 54,000.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX0718 REF # 00899079523 |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/12 | 64,085.62 | 04/21 | 4,985.19 | 04/27 | 5,276.11 |
| 04/13 | 7,858.77 | 04/26 | 58,985.19 | | |

PLEASE NOTE THAT WE HAVE UPDATED OUR ACCOUNT RULES AND TERMS & CONDITIONS. DISCLOSURES CAN BE VIEWED ONLINE AT: COMMERCIAL ACCOUNT RULES: 53.COM/TM-CA-RULES TREASURY MANAGEMENT TERMS & CONDITIONS: 53.COM/TM-TC